UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DUANE JOSEPH JOHNSON,<br><br>    Petitioner,<br><br>    v.<br><br>FREDERICK J. SULLIVAN,<br><br>    Defendant. | Misc. No. 08-00457 (HHK) (DAR) |

ORDER OF REFERENCE TO
UNITED STATES MAGISTRATE JUDGE DEBORAH ROBINSON

It is this 18th day of July 2008, hereby

**ORDERED** that petitioner's "Petition for Leave to Perpetuate the Testimony of the Honorable Frederick J. Sullivan" [#1], filed on June 26, 2008 is hereby referred to United States Magistrate Judge Deborah A. Robinson for her Report and Recommendation pursuant to LCvR 72.3(a). Henceforth, and until this referral is terminated, ALL filings in this case shall include the initials of Magistrate Judge Robinson, "DAR," in the caption next to the initials of the undersigned Judge. *See* LCvR 5.1(f).

                          Henry H. Kennedy, Jr.
                          United States District Judge