REFERRAL TO MAGISTRATE JUDGE

CATEGORY: NONE

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: CIVIL MISCELLANEOUS CASE | | | | |
|---|---|---|---|---|
| CASE NO:<br>08 MC 457 | DATE REFERRED:<br>JULY18, 2008<br><br>DISPOSITION DATE: | PURPOSE:<br>REPORT AND RECOMMENDATION ON PETITION | JUDGE:<br>HENRY H. KENNEDY, JR. | MAG. JUDGE<br>DEBORAH A. ROBINSON |
| PLAINTIFF(S):<br>DUANE JOSEPH JOHNSON | | DEFENDANT(S):<br>FREDERICK J. SULLIVAN | | |
| ENTRIES: | | | | |