08 mc 457
HHK

Received Mail Room
AUG 11 2008

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature [signature] ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery 8-1-08 |
| 1. Article Addressed to:<br>Hon. Frederick J. Sullivan<br>Superior Court of<br>the District of Columbia<br>500 Indiana Ave, NW<br>Wash. DC 20001 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☒ Registered    ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from serv | 7002 0860 0000 7866 2781 |
| PS Form 3811, August 2001 | Domestic Return Receipt    102595-02-M-1035 |